1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-po-00173-SAB |
| Plaintiff, | [Citation #F5444324 CA/42] |
| v. | |
| KALUB J. MOISA | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #F5444324 CA/42] in Case No. 1:22-po-00173-SAB against KALUB J. MOISA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 17, 2022                     Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/ *Chan Hee Chu*
                                            CHAN HEE CHU
                                            Special Assistant United States Attorney

1

U.S. v. Moisa
Case No. 1:22-po-000173-SAB

|   |   |
|---|---|
| 1 |   |
| 2 | **O R D E R** |
| 3 |   |
| 4 | IT IS HEREBY ORDERED that Case No. 1:22-po-00173-SAB [Citation #F5444324 CA/42] |
| 5 | against KALUB J. MOISA be dismissed, without prejudice, in the interest of justice. |
| 6 |   |
| 7 | IT IS SO ORDERED. |
| 8 | Dated:   **October 18, 2022**                        _____ |
| 9 |                                                          UNITED STATES MAGISTRATE JUDGE |